IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA BLACK; EARL BLACK, Administrators of the Estate of DERECK E. BLACK,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLEGHENY COUNTY; ALLEGHENY COUNTY CORR. SERVICES; WILLIAM S. STICKMAN, III; DANA PHILLIPS; MICHAEL PATTERSON, M.D.; LUCILLE AIKEN, M.D.; KIM WILSON, M.D.; TRACY HARTEL, R.N.; CHRIS MARSH, R.N.; VALERY SLEPSKY; MEDICAL STAFF JOHN AND JANE DOES No. 1-15; CORRECTIONAL STAFF JOHN AND JANE DOES No. 1-15,<br><br>    Defendants. | Civil Action No. 2:13cv00179<br>Electronic Filing<br><br>District Judge David Stewart Cercone<br>Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

AND NOW, this 19th day of July 2013, the Plaintiffs having filed, on April 1, 2013, an Amended Complaint in this civil rights action [ECF No. 25], and Defendants William Stickman, III and Allegheny County, having filed a Motion to Dismiss the Amended Complaint [ECF No. 29], the Magistrate Judge filed, on June 10, 2013, a Report and Recommendation [ECF No. 31] respectfully recommending that the Defendants' Motion to Dismiss the Amended Complaint [ECF No. 19] be denied. Objections to this Report and Recommendation were due by June 24, 2013. As of the Date of this Order, no Objections have been filed.

Upon independent review of the record, and upon consideration of the Magistrate Judge's Amended Report and Recommendation, which is adopted as the opinion of this Court, IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss the Amended Complaint [ECF No. 29] is DENIED.

                                          _DS Cercone_
                                          David Stewart Cercone
                                          United States District Judge

cc:   Timothy M. Kohlman, Esquire
       W. Charles Sipio, Esquire
       Craig E. Maravich, Esquire
       Stanley A. Winikoff, Esquire

       (*Via CM/ECF Electronic Mail*)