IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA BLACK; EARL BLACK, *Administrators of the Estate of* DEREK E. BLACK, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:13-cv-0179 |
| ALLEGHENY COUNTY; ALLEGHENY CORRECTIONAL HEALTHSERVICES; WILLIAM STICKMAN, III; DANA PHILLIPS; MICHAEL PATTERSON, M.D.; KIM MIKE-WILSON, R.N.; CHRIS MARSH, R.N.; VALERIE SLEPSKY, | ) ) ) ) ) ) ) ) | United States Magistrate Judge Cynthia Reed Eddy |
| Defendants. | ) | |

**ORDER REGARDING PLAINTIFFS' MOTION TO STRIKE (ECF No. 210)**

On July 11, 2014, Plaintiffs filed the present motion to strike (ECF No. 210) the Medical Defendants' motion for summary judgment (ECF No. 190). The Medical Defendants responded on August 4, 2014 (ECF No. 218). Accordingly, the motion has been fully briefed and is ripe for disposition.

Although Plaintiffs note that "the power to strike a filing is different than this Court's power to strike parts of a pleading under Fed. R. Civ. P. 12(f)," (ECF No. 211 at 2), they cite no legal authority regarding this power. Likewise, Plaintiffs do not identify a specific rule that the Medical Defendants violated despite contending that the motion for summary judgment "violates the Federal Rules of Civil Procedure and the local rules of this Court." (*Id.* at 3). Further,

1

Plaintiffs were able to adequately respond to the motion (ECF No. 206). Accordingly, Plaintiffs have failed to meet their burden in demonstrating that their motion should be granted.

**AND NOW**, this 30th day of October, 2014, having considered Plaintiffs' motion and brief in support thereof as well as the Medical Defendants' response, **IT IS HEREBY ORDERED** that Plaintiffs motion to strike the Medical Defendants' motion for summary judgment is **DENIED.**

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF