IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA BLACK, et al. | No. 13-00179-CRE |
| *Plaintiffs,* | CIVIL ACTION |
| vs. | |
| ALLEGHENY COUNTY, et al. | |
| *Defendants.* | |

## ORDER

AND NOW, this **25** day of **June**, 2015, upon consideration of the parties' Joint Motion for Approval of Settlement, and for good cause shown, it is hereby **ORDERED** that said motion is **GRANTED**, and that the settlement, proposed attorneys' fees and expenses are **APPROVED** by the Court.

BY THE COURT:

_____
CYNTHIA REED EDDY
United States Magistrate Judge